IT IS SO ORDERED.

s/Christopher A. Boyko
_____
**CHRISTOPHER A. BOYKO,**
**U.S. DISTRICT JUDGE**
Dated: 10/11/2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL KARON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO.: 18-cv-02658 ) ) JUDGE CHRISTOPHER A. BOYKO ) |
| vs. | ) **STIPULATED NOTICE OF** ) **DISMISSAL WITH PREJUDICE** |
| PALMER ADMINISTRATIVE SERVICES, INC., and JOHN DOE CORPORATION | ) ) ) |
| Defendants. | ) |

Plaintiff Daniel Karon ("Karon"), and Defendant Palmer Administrative Services, Inc. ("Palmer"), by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal, with prejudice, of Karon's claims against Palmer in this action. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement and Release of Claims. All parties who have appeared in this matter have signed this stipulation, under which each party will bear its own costs.

Karon is still negotiating a proposed resolution of his claims against the John Doe Corporation Defendant. If those negotiations are unsuccessful, Karon may seek leave of Court to amend the Complaint to name the John Doe Corporation Defendant, with the understanding that Palmer will then no longer be a party to this action, subject to the Court's retained jurisdiction vis-à-vis the Settlement Agreement and Release of Claims noted above.

Respectfully Submitted,

| | |
|---|---|
| DINN HOCHMAN & POTTER, LLC: | SAVETT LAW OFFICES, LLC: |
| /s/ Benjamin D. Carnahan | /s/ Adam T. Savett |
| BENJAMIN D. CARNAHAN (0079737) | ADAM T. SAVETT (VA73387) |
| 5910 Landerbrook Drive, Suite 200 | 2764 Carole Lane |
| Cleveland, Ohio 44124 | Allentown, Pennsylvania 18104 |
| Phone: 440-681-8005 | Phone: 610-621-4550 |
| Fax: 440-446-1240 | Fax: 610-978-2970 |
| bcarnahan@dhplaw.com | adam@savettlaw.com |
| and | and |
| JOSEPH P. BOWSER, *pro hac vice* | KATRINA CARROLL |
| ROTH JACKSON | CARLSON LYNCH LLP |
| 1519 Summit Avenue, Suite 102 | 111 W. Washington Street, Suite 1240 |
| Richmond, Virginia 23230 | Chicago, IL 60602 |
| Phone: 804-441-8701 | Phone: 312-750-1265 |
| Fax: 804-441-8438 | Fax: 312-483-1032 |
| jbowser@rothjackson.com | E-mail: kcarroll@carlsonlynch.com |
| and | *Attorneys for Plaintiff and the Putative Class* |
| MITCHELL N. ROTH, *pro hac vice* | |
| GENEVIEVE C. BRADLEY, *pro hac vice* | |
| ROTH JACKSON | |
| 8200 Greensboro Drive, Suite 820 | |
| McLean, Virginia 22102 | |
| Phone: 703-485-3531 | |
| Fax: 703-485-3525 | |
| mroth@rothjackson.com | |
| gbradley@rothjackson.com | |

*Attorneys for Defendant Palmer Administrative Services, Inc.*