So Ordered.

*s/ Christopher A. Boyko*
Senior United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DANIEL KARON, individually and on behalf of all others similarly situated, | ) ) ) CASE NO.: 18-cv-02658 |
| Plaintiff, | ) ) JUDGE CHRISTOPHER A. BOYKO ) |
| vs. | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL PURSUANT TO** |
| PALMER ADMINISTRATIVE SERVICES, INC., and JOHN DOE CORPORATION | ) **FED. R. CIV. P. 41(a)(1)(A)(i)** ) ) |
| Defendants. | ) |

Plaintiff Daniel Karon hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims against John Doe Corporation, and without prejudice as to the claims of the uncertified putative class against John Doe Corporation.

Respectfully submitted,

**DANIEL KARON**,

Dated: May 26, 2021

By:   /s/Adam T. Savett
      One of Plaintiff's Attorneys

Adam T. Savett
SAVETT LAW OFFICES, LLC:
2764 Carole Lane
Allentown, Pennsylvania 18104
Phone: 610-621-4550
Fax: 610-978-2970
E-mail: adam@savettlaw.com

and

Katrina Carroll
CARLSON LYNCH LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Phone: 312-750-1265
Fax: 312-483-1032
E-mail: kcarroll@carlsonlynch.com

Attorneys for Plaintiff and the Putative Class

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically on May 26, 2021, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system.
.

/s/ *Adam T. Savett*
Adam T. Savett

*Attorney for Plaintiff*